**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Edward Eulalio Noriega,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Pinal County Sheriff's Office, et al.,<br><br>　　　　　　Defendants. | No. CIV 06-2105-PHX-NVW (DKD)<br><br>**ORDER** |

This matter arises on Plaintiff's Motion for Appointment of Attorney (Doc.#15). Plaintiff requests that the Court appoint counsel because due to his mental health, he cannot argue or do any legal research. (*Id.*)

There is no constitutional right to appointment of counsel in a civil case. *See Johnson v. Dep't of Treasury*, 939 F.2d 820, 824 (9th Cir. 1991). Appointment of counsel in a civil rights case is required only when exceptional circumstances are present. *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991) (citing *Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986)). In determining whether to appoint counsel, the court should consider the likelihood of success on the merits, and the ability of plaintiff to articulate his claims in view of their complexity. *Wood v. Housewright*, 900 F.2d 1332, 1335 (9th Cir. 1990).

Plaintiff claims that he requires the assistance of an attorney due to his mental illness. Plaintiff has failed to provide any evidence to support his claim of any mental illness and has not demonstrated a likelihood of success on the merits, nor has he shown that he is experiencing difficulty in litigating this case because of the complexity of the issues involved. Moreover,

1  Plaintiff's numerous filings with the Court as well as the pending motion, indicate that Plaintiff
2  is capable of presenting legal and factual arguments to the Court.  After reviewing the file, the
3  Court determines that this case does not present exceptional circumstances requiring the
4  appointment of counsel.

5       Accordingly,

6       **IT IS HEREBY ORDERED** that Plaintiff's Motion for Appointment of Attorney (Doc.
7  #15) is **DENIED** without prejudice.

8       DATED this 20th day of February, 2007.

_____
David K. Duncan
United States Magistrate Judge